Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

LUIS V. GARCIA (AND WIFE, TAMARA            Index No.: 07-CV-01502
DOMINGUEZ),

                              Plaintiff(s),    **NOTICE OF ADOPTION OF ANSWER
                                               TO MASTER COMPLAINT**

          -against-                            **ELECTRONICALLY FILED**

BATTERY PARK CITY AUTHORITY., *et al.*,

                              Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC.,

i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys,

McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the

Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in

the above-referenced action, hereby adopts its Answer to Master Complaint dated

October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower

Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY

MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the

above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
        May 22, 2008

                                Yours etc.,

                                McGIVNEY & KLUGER, P.C.
                                Attorneys for Defendant
                                RY MANAGEMENT CO., INC., i/s/h/a RY
                                MANAGEMENT (hereinafter referred to as "RY"),

                                By:
                                    Richard E. Leff (RL-2123)
                                    80 Broad Street, 23rd Floor
                                    New York, New York 10004
                                    (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel